# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 20, 2015

149053 & (36)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANNON LEWIS ANES,
      Defendant-Appellant.

SC: 149053
COA: 311726
Allegan CC: 11-017191-FC

_____/

     By order of November 26, 2014, the prosecuting attorney was directed to answer the application for leave to appeal the February 13, 2014 judgment of the Court of Appeals. On order of the Court, the answer having been received, the application for leave to appeal is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 20, 2015



Clerk

a0513